JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Diaz<br><br>Plaintiff,<br><br>v.<br><br>Crisanto J. Lanuza et al<br><br>Defendants. | Case No. CV 15-07854-AB (SSx)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING CIVIL ACTION |

1  On November 20, 2015, the Court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Dkt. No. 13. On November 30, 2015, the parties who have appeared in this action filed a Notice of Settlement advising the Court that the above-entitled action has been settled. Dkt. No. 15. The Court deems the parties' Notice of Settlement a satisfactory response and **DISCHARGES** the Order to Show Cause for Lack of Prosecution (Dkt. No. 13).

It is further **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: December 4, 2015    _____
                           HONORABLE ANDRÉ BIROTTE JR.
                           UNITED STATES DISTRICT COURT JUDGE

1.