JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DIAZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRISANTO J. LANUZA, in individual and representative capacity as trustee of The Crisanto J. and CoraliaLanuza Living Trust Dated April 26, 1995; CORALIALANUZA, in individual and representative capacity as trustee of The Crisanto J. and CoraliaLanuza Living Trust Dated April 26, 1995; CARLOS CORTEZ, DDS, a Dental Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: CV 15-07854-AB (SSx)<br><br>**ORDER DISMISSING ACTION** |

1  Having received the appearing parties' Stipulation for Dismissal filed
2  December 22, 2015 (Dkt. No. 17), and in accordance with Federal Rule of
3  Civil Procedure 41(a), the Court hereby DISMISSES the above-captioned
4  action with prejudice, each party to bear their own attorneys' fees and costs.

   IT IS SO ORDERED.

   Dated: December 23, 2015

   HONORABLE ANDRÉ BIROTTE JR.
   UNITED STATES DISTRICT JUDGE